UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

José Hernández-Torres, et al
    Plaintiff(s)

v.

Pedro Toledo-Dávila, et al
    Defendant(s)

Civil No. 96-1947(PG)

| MOTION | ORDER |
|---|---|
| Motion for leave to file documents in Spanish.<br>Docket entry no. 38 | _X_ is GRANTED.<br><br>___ is DENIED.<br><br>___ is MOOT.<br><br>___ is NOTED. |

Date: October 5, 1999

JUAN M. PÉREZ-GIMÉNEZ
U.S. District Judge