UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 19 AM 8:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

JOSE HERNANDEZ TORRES, ET AL.,

    Plaintiff(s)

    v.                             Civ. No. 96-1947(PG)

PEDRO TOLEDO DAVILA, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #45 - Motion Requesting Leave to Withdraw as Counsel for Milagros López | Denied. The Court does not perceive any conflict of interest. If the benefits of Law No 9 are withdrawn from Mrs. López then counsel would also have to withdraw as counsel. |

Date: ~~October~~ November 18, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

