UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**   Date:  March 16, 2000

JOSE HERNANDEZ TORRES, et al

    Plaintiffs

    vs.   **Civil 96-1947 (PG)**

PEDRO TOLEDO DAVILA, et al

    Defendants

By Order of the Court a status conference in the above captioned case, is hereby set for **Tuesday, March 28, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                  Lida Isis Egelé
                                                Courtroom Deputy

s/c:  Zuleika Llovet Zuriñaga
      Camelia Fernández Romeu
      Elfrick Méndez Morales
      José Gaztambide Añeses