# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: March 28, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 96-1947 |

===============================================================

| | |
|---|---|
| JOSE HERNANDEZ TORRES, et al | **Attorneys:** Zuleika LLOVET |
| vs. | |
| PEDRO TOLEDO DAVILA, et al | José R. CINTRON RODRIGUEZ<br>Camelia FERNANDEZ ROMEU<br>Roberto SANTANA<br>José GAZTAMBIDE<br>Gustavo A. GELPI |

===============================================================

FOURTH CONFERENCE held in chambers. Counsel Manuel Suárez is present in this conference. He represents co-defendant Milagros López in the administrative proceedings to determine if Law Nine representation will be withdrawn. Here in the federal court she is being represented by counsel Gustavo A. Gelpí. Mrs. López has filed a pro-se motion for appointment of an independent counsel (dkt. #51) alleging some potential conflict of interest with counsel Gelpí. The motion to withdraw (dkt. #50) filed by attorney Gustavo A. Gelpí is granted. The Department of Justice is granted thirty days to make a determination about the

| | |
|---|---|
| Civil 96-1947 (PG)<br>March 28, 2000 | Page 2 |

===============================================================

conflict of interest and designate an independent counsel to represent Mrs. López.

The docket is to reflect that the attorney from the PR Department of Justice in charge of this case is José R. Cintrón Rodríguez, not Elfrick Méndez.

**A fifth status conference is set for May 11, 2000, at 8:30 A.M.** At that time we should have a new attorney for Mrs. López, a resolution of the Law Nine issue, and a counter offer of settlement.

**The jury trial is set for October 16, 2000, at 9:00 A.M.** It is estimated that this trial will last a week. The parties will supplement the Pretrial Order.

_____
Lida Isis EGELE
Courtroom Deputy

s/c:  All counsel of record.
      Jury Clerk -