IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  May 11, 2000

BEFORE HONORABLE JUDGE JUAN M. PEREZ-GIMENEZ

COURTROOM DEPUTY: Frieda Ramirez   **CIVIL NO. 96-1947(PG)**

COURT INTERPRETER:   COURT REPORTER:

---

| | |
|---|---|
| **JOSE HERNANDEZ-TORRES, ET AL** | Attorney(s) for Plaintiff: Zuleika Llovet-Zurinaga |
| Plaintiffs | |
| vs. | |
| **PEDRO TOLEDO-DAVILA, ET AL** | Attorney(s) for Defendant: Jose Cintron-Rodriguez, Camelia Fernandez-Romeu, Jose R. Gaztambide-Aneses, Roberto Santana-Aparicio and Joanne Bardo |
| Defendants | |

---

**FIFTH STATUS CONFERENCE HELD.** Parties are granted 30 days to inform the Court if settlement has been reached. If no settlement reached, case will go to **trial as scheduled on October 16, 2000 at 9:00AM.**

_____
Courtroom Deputy Clerk

s/c: Jury Clerk

