UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


JOSE HERNANDEZ TORRES, ET AL,

    Plaintiffs,

        v.                                               Civ. No. 96-1947(PG)

PEDRO TOLEDO DAVILA, ET AL,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #56 - Voluntary Dismissal In Favor Of Defendant Milagros López-Rodriguez. | GRANTED. |
| Docket #57 - Settlement Agreement. | APPROVED. |
| Docket #58 - Voluntary Dismissal Pursuant To Settlement Agreement. | GRANTED. |

Date: _August 16_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge