ENTERED ON DOCKET
PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

JOSE A. HERNANDEZ-TORRES, ET AL.,    *
    Plaintiffs,    *
        *
       v.    *    CIVIL NO. 96-1947(PG)
        *
PEDRO TOLEDO-DAVILA, ET AL.,    *
    Defendants.    *

## J U D G M E N T

The Court having granted "Voluntary Dismissal in Favor of Defendant Milagros López-Rodriguez", not a party to the Settlement Agreement and not represented by an attorney of record, filed by plaintiffs on August 11, 2000 (Docket No. 56), it is hereby

**ORDERED and AJUDGED** that judgment be entered **DISMISSING with prejudice** any and all claims against defendant Milagros López-Rodriguez. FURTHER, the Court has approved the Settlement Agreement signed by the parties on August 11, 2000 (Docket No. 57), WHEREFORE it is hereby

**ORDERED and ADJUDGED** that said settlement agreement be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said settlement be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the settlement agreement, **DISMISSING with prejudice** all of





AO 72A
(Rev.8/82)

Civil No. 96-1947(PG)                                                                    2

plaintiff's claims arising out of the facts alleged in the complaint

in this action.

**IT IS SO ORDERED.**

San Juan, Puerto Rico ____August____ __16__, 2000.


                                        _____
                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge