UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 NOV 17 AM 9:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JOSE HERNANDEZ TORRES, ET AL,

    Plaintiffs,

        v.                          Civ. No. 96-1947(PG)

PEDRO TOLEDO DAVILA, ET AL,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #62 - Motion To Withdraw Funds On Deposit. | Granted |

Date: _November 16_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge